UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62399-CIV-RUIZ

VIRGINIE FAIZOMA,

Plaintiff,

v.

BERELLI ENTERPRISES, LLC, and
BENEDICT RAMRATTAN,

Defendant.

______________________________________/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, Berelli Enterprises, LLC and Benedict Ramrattan ("Defendants"), by and through their undersigned counsel, file this Response to Plaintiff's Statement of Claim, and state:

1. The Plaintiff is not entitled to damages because the Plaintiff is not able to establish a prima facie case under the FLSA.

2. Defendants attach the declaration of Benedict Ramrattan which has attached the time and pay records for 2021 which that Plaintiff did not work overtime, she could not because if she did she would not qualify for governmental assistance, and after working several months, stopped, and returned many months later, only to be caught stealing after about 1 week's time. She then abandoned any claim to her last paycheck, but Defendants gave it to her anyway. Thus, her last paycheck claims are moot (which also makes her unpaid wage claims and minimum wage claims moot), her claims for overtime for work in April 2022 have no merit because the time and pay records show she did not work overtime, and her overtime claims for 2020-21 have no merit, because the time and pay records show that she did not work overtime.

4. For the reasons set forth above, Defendants contend that the Plaintiff's claims are without merit.

Date: February 21, 2023

Respectfully submitted,

By: /s/ *Chris Kleppin*
Chris Kleppin
Fla. Bar No. 625485
chris@klklawfirm.com
The Kleppin Law Firm.
8751 W. Broward Blvd
Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Secondary E-Mails: assistant@gkemploymentlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Chris Kleppin*
Chris Kleppin